UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| LARRY H. HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV405-223 |
| | ) |
| JUDGE WILBUR OWENS, et. al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff has filed a complaint alleging, in its entirety, that plaintiff has been "denied every God given Right entitled to [him] by the United States Constitution." Doc. 1. Plaintiff names as defendants the seven justices of the Georgia Supreme Court. Plaintiff also names three federal judges: District Judge Wilbur Owens and Magistrate Judge Claude Hicks, of the Middle District of Georgia, and William T. Moore, Jr., the Chief Judge of this Court, all of whom have signed orders transferring, recommending dismissal of, or dismissing plaintiff's claims in previous cases.

Plaintiff included neither the full $250.00 filing fee nor an application to proceed *in forma pauperis* with his complaint in this case. The Clerk of the Court sent plaintiff a deficiency notice, explaining that plaintiff must pay the full filing fee or submit an *in forma pauperis* application. Plaintiff was advised that failure to do so within twenty days of the notice might result in dismissal by the Court. As more than twenty days have passed since the Clerk mailed plaintiff the deficiency notice and plaintiff has yet to respond by paying the filing fee or submitting a motion to proceed *in forma pauperis*, the Court recommends that plaintiff's case be DISMISSED.

Furthermore, when asked on the form questionnaire what plaintiff was originally convicted of, plaintiff responds "nothing." When asked to give the approximate date that his sentence will be completed, plaintiff writes "never," apparently because he is serving a life sentence. Under the section addressing the grievance procedures at plaintiff's current place of confinement, he explains that "[t]he officials here are in the same character as cruel old world communists." Finally, the gravamen of plaintiff's one sentence claim is that the ten defendants, all judicial officers including the Chief Judge of this Court, contributed to or witnessed the complete

2

deprivation of plaintiff's constitutional rights. His claim is entirely unsubstantiated, and his prayer for relief in the amount of $160 million without any factual basis or legal argument makes his complaint patently frivolous.

Plaintiff continues to show the lack of respect and candor that has characterized his prior filings in this Court. In Civil Case No. 405-111, plaintiff's case was dismissed without prejudice for failure to follow Court orders and for disrespectful references to the Court and its judicial officers. In the Magistrate's Report and Recommendation, plaintiff was warned that future filings evidencing his disrespect for the Court would subject him to severe consequences, including dismissal of his action with prejudice and the imposition of monetary sanctions. Thus, the Court recommends that plaintiff's complaint be DISMISSED WITH PREJUDICE.

**SO REPORTED AND RECOMMENDED** this 10TH day of **January, 2006.**

**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**